Priya Arvind Patel (she/her), SBN 295602
priya@ccijustice.org, 650-762-8990
Mariel Villarreal (she/her), SBN 317048
mariel@ccijustice.org, 510-860-2194
California Collaborative for Immigrant Justice
1999 Harrison St, Ste 1800, Oakland, CA 94612

*Pro Bono Counsel for Petitioner/Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ORDONEZ SANCHEZ<br><br>                    Petitioner/Plaintiff,<br>v.<br><br>MINGA WOFFORD, Facility Administrator of MESA VERDE ICE DETENTION FACILITY;<br>SERGIO ALBARRAN, Acting Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations, San Francisco;<br>TODD LYONS, Acting Director of Immigration and Customs Enforcement;<br>KRISTI NOEM, Secretary of the Department of Homeland Security; and<br>PAM BONDI, Attorney General of the United States,<br>                    Respondents-Defendants. | Case No.: 1:26-cv-02111-DJC-AC (HC)<br><br>ORDER RE: STIPULATION TO EXTEND TIME TO FILE MOTION FOR ATTORNEY'S FEES |

Pursuant to the Parties' stipulation, IT IS SO ORDERED.

The deadline to submit a motion for EAJA fees is July 22, 2026.

Dated:  June 18, 2026                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

ORDER RE: STIPULATION TO EXTEND TIME TO FILE MOTION FOR ATTORNEY'S FEES, Case No. 1:26-cv-02111-DJC-AC (HC)